SEALED

FILED

OCT 27 2026

Bonnie N. Hackler, Acting Clerk
U.S. DISTRICT COURT

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

United States of America
v.

Maria Elenor Lopez Rios
a/k/a "Maria Elenor Rios,"

*Defendant(s)*

Case No. 26-mj-846-SH

FILED UNDER SEAL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of From on or about March 3, 2022, to on or about November 8, 2022 in the county of Tulsa in the Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611(a) | Voting by an Alien in a Federal Election |
| 18 U.S.C. § 1015(f) | False Statements in Relation to Voter Registration |
| 18 U.S.C. § 911 | Falsely Claiming to be a United States Citizen |
| 52 U.S.C. § 20511(2)(A) | Defrauding or Depriving Residents of a Fair and Impartial Election Process by Submitting a Fraudulent Voter Registration Application |

This criminal complaint is based on these facts:

See Attached Affidavit by SA Rebecca E. Gionta

☑ Continued on the attached sheet.

Rebecca E Gionta
*Complainant's signature*

Special Agent Rebecca E. Gionta, HSI
*Printed name and title*

Sworn to before me by phone.

Date: 10/27/26

[signature]
*Judge's signature*

City and state: Tulsa, OK

Susan E. Huntsman, Magistrate Judge
*Printed name and title*

**Affidavit In Support of an Arrest Warrant**
**in the Northern District of Oklahoma**

I, Rebecca Gionta, being duly sworn, declare and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since August 2019. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrest for offenses enumerated in Title 18, United States Code. During my tenure as a SA, I have completed approximately six months of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia, completing the Criminal Investigator Training Program, and HSI's add on training, Homeland Security Investigations Special Agent Training. Prior to my employment with HSI, your affiant was employed as a police officer in Illinois by the Libertyville Police Department from January 2014 to April 2016, and the Lake County Sheriff's Office from April 2016 to August 2019. Your affiant graduated from the twelve-week Suburban Law Enforcement Academy in Glen Ellyn, Illinois, the twelve-week Criminal Investigator Training Program in Glynco, Georgia, and the fourteen-week Homeland Security Investigations Special Agent Training Program in Glynco, Georgia. Your affiant has been trained in basic law enforcement skills, patrol tactics, firearms, and investigations. Your affiant has conducted criminal investigations for multiple violations of state and federal laws including, but not limited to, narcotics smuggling, weapons trafficking, and organized criminal activity. Your affiant received a Juris Doctor from Chicago-

Kent College of Law in 2015, and a Bachelor of Science degree in Legal Studies with a minor in Criminal Justice from the University of Wisconsin-Madison in 2012.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

3. It is my belief that a female alien known as Maria Elenor Lopez RIOS, (“**RIOS**”) DOB June 28, 1981, A-Number A065 929 683, has violated 18 U.S.C. §§ 611(a) (Voting by an Alien in a Federal Election); 1015(f) (False Statements in Relation to Voter Registration); 911 (Falsely Claiming to be a United States Citizen); and 52 U.S.C. § 20511(2)(A) (Defrauding or Depriving Residents of a Fair and Impartial Election Process by Submitting a Fraudulent Voter Registration Application) by unlawfully voting in a general federal election as an alien, by making a false claim of citizenship to vote, by falsely claiming to be a United States citizen, and by casting a fraudulent ballot, that she knew was false, in an election.

## RELEVANT STATUTES

4. 18 U.S.C. § 611(a) – Voting by an Alien in a Federal Election

(a) It shall be unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or

Resident Commissioner, unless—(1) the election is held partly for some other purpose;(2) aliens are authorized to vote for such other purpose under a State constitution or statute or a local ordinance; and (3) voting for such other purpose is conducted independently of voting for a candidate for such Federal offices, in such a manner that an alien has the opportunity to vote for such other purpose, but not an opportunity to vote for a candidate for any one or more of such Federal offices. (b) Any person who violates this section shall be fined under this title, imprisoned not more than one year, or both.

5. Accordingly, the elements of the crime committed by **RIOS** are as follows:

**First**: The defendant was an alien at the time the vote was cast;

**Second**: The defendant knew she was not a United States citizen; and

**Third**: The vote was cast in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate, or Member of the House of Representatives.

6. 18 U.S.C. § 1015(f) – False Statements in Relation to Voter Registration

(f) Whoever knowingly makes any false statement or claim that he is a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election (including an initiative, recall, or referendum)– Shall be fined under this title or imprisoned not more than five years, or both.

7. Accordingly, the elements of the crime committed by **RIOS** are as follows:

**First**: The defendant knowingly made a false statement or

claim that she was a citizen of the United States; and

**Second**: The defendant made the false statement or claim in order to vote in any Federal State, or local election.

8. 18 U.S.C. § 911 – Falsely Claiming to be a United States Citizen

Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both.

9. Accordingly, the elements of the crime committed by **RIOS** are as follows:

**First**: The defendant falsely and willfully; and

**Second**: Made a representation that she was a citizen of the United States.

10. 52 U.S.C. § 20511(2)(A) – Defrauding or Depriving Residents of a Fair and Impartial Election Process by Submitting a Fraudulent Voter Registration Application

A person, including an election official, who in any election for Federal office— (2) knowingly and willfully deprives, defrauds, or attempts to deprive or defraud the residents of a State of a fair and impartially conducted process, by— (B) the procurement, casting, or tabulation of ballots that are known by the person to be materially false, fictitious, or fraudulent under the laws of the State in which the election is held, shall be fined in accordance with title 18 (which fines shall be paid into the general fund of the Treasury, miscellaneous receipts (pursuant to section 3302 of title 31), notwithstanding any other law), or imprisoned not more than 5 years, or both.

11. Accordingly, the elements of the crime committed by **RIOS** are as follows:

**First**: The defendant knowingly and willfully;

**Second**: Deprived, defrauded, or attempted to deprive or defraud;

**Third**: The residents of the State of Oklahoma of a fair and impartially conducted election process;

**Fourth**: By submitting a voter registration application; and

**Fifth**: The defendant knew the voter registration application was materially false, fictitious, or fraudulent under the laws of the State of Oklahoma.

**PROBABLE CAUSE**

12. Department of Homeland Security ("DHS") records reveal that **RIOS** was born on June 28, 1981, in the Philippines, and is a native and citizen of the Philippines, who entered the United States in 2017 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens, and thus are not permitted to vote in federal elections.

13. In July 2026, HSI Tulsa received investigative referrals provided by the Tulsa County Election Board for aliens who were stricken from jury duty, as they were not United States citizens. HSI Tulsa learned that these aliens held or had applied for a driver's license, which led to their initial placement in the prospective jury pool. Upon review, HSI Tulsa found that the aliens in the referrals have voted and/or registered to vote in elections in Tulsa County, in the Northern District of Oklahoma. One of the referrals provided was for **RIOS**, with fraud indicators that **RIOS** registered to vote and in fact did vote in a general election on November 8, 2022.

14. The election that **RIOS** voted in on November 8, 2022, was

comprised of midterm elections in the United States. As such, the election that **RIOS** voted in was solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner. In order to vote in midterm elections, one must be a U.S. citizen.

15. Under the Constitution of the State of Oklahoma, "[s]ubject to such exceptions as the Legislature may prescribe, only citizens of the United States who are over the age of eighteen (18) years and who are bona fide residents of this state are qualified electors of this state." Okla. Const. art. 3, § 1.

16. During the HSI investigation of **RIOS**, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number A065 929 683 associated with **RIOS** with a date of birth of June 28, 1981, country of birth and citizenship as the Philippines.

17. Immigration documentation, specifically Form N-400 records for **RIOS**, also lists her citizenship and country of birth as the Philippines, and contains an Alien Registration Number A065 929 683.

**8. Country of Birth**

Philippines

**9. Country of Citizenship or Nationality**

Philippines

18. HSI Special Agents ("SA") also conducted record checks through the Oklahoma Department of Motor Vehicles ("OK DMV") and confirmed that Oklahoma driver's license number P084077125 is associated with **RIOS** and is associated with the address, 1608 S. 12th St in Broken Arrow, Oklahoma, which is within the Northern District of Oklahoma. The latest issue date of this record is

February 6, 2026, which contains a photograph of **RIOS**.

19. During the HSI investigation of **RIOS**, SAs received the Voter Registry Information for **RIOS** associated with the above-referenced address in Broken Arrow, Oklahoma. The voter registration contains Voter ID: 803108686, and a signature. The voter registration name is listed as "Maria Elenor Lopez Rios." Under the application question of "Are you a U.S. citizen?" the answer "yes" is checked. Following a declaration under penalty of perjury warning, the RIOS signed the voter registration application on March 3, 2022.

| Are you a citizen of the United States of America? | Will you be 18 years of age or older on election day? |
|---|---|
| ☑ Yes ☐ No | ☑ Yes ☐ No |

| 1. Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| RIOS | MARIA | ELENOR LOPEZ | |

| 2. Birth Date | 3. Identification Number/SSN4 | 4. Political Party | 5. County of Residence |
|---|---|---|---|
| 06/28/1981 | P084077125 | INDEPENDENT | TULSA |

| | City | State | ZIP Code |
|---|---|---|---|
| 6. Residence Address: 1608 S 12TH ST | BROKEN ARROW | OK | 74012-3312 |
| 7. Mailing Address: 1608 S 12TH ST | BROKEN ARROW | OK | 74012-3312 |

8. Previous Voter Information

Name

Address

County/State

9. Oath

I swear or affirm that:

- I am a citizen of the United States and I am a resident of the State of Oklahoma.
- I am 18 years old or older, or I am at least 17½ years old and I understand that I cannot vote in any election before I am 18 years old.
- I have not been convicted of a felony, or if having been convicted, I am now eligible to register to vote as I have fully served my sentence of court-mandated calendar days, including any term of incarceration, parole, or supervision, or completed a period of probation as ordered by any court.
- I am not now under judgement as an incapacitated person. I am not under judgement as a partially incapacitated person prohibited from voting.
- The information I have given is true. I reside at the address given. I understand that submitting false information on this form is a felony punishable by not more than five years in prison, by a fine of not more than $50,000, or both.

Signature: [signature] Date: 03/03/2022

| CEB Use Only | Voter ID | Precinct | Activation Date |
|---|---|---|---|
| | 803108686 | ~~720457~~ 164 | MAR 3 0 2022 |

8F7F2E87

20. The voter registration confirms that **RIOS** voted in person in the general election on November 8, 2022. The registration reflects that **RIOS** voted in

person in Broken Arrow, Oklahoma, within Tulsa County, which is in the boundaries of the Northern District of Oklahoma.

| | | | |
|---|---|---|---|
| Voter ID: | 803108686 | | |
| Name: | RIOS, MARIA ELENOR LOPEZ | Status: | Active |
| Political Affiliation: | IND | County: | TULSA |
| Birth Date: | 06/28/1981 | | |
| Registration Date: | 3/30/2022 | | |

Residence Address
1608 S 12 ST
BROKEN ARROW OK 74012-3312

Mailing Address
1608 S 12TH ST
BROKEN ARROW OK 74012-3312

Precinct Number: 720164
Polling Place: ST ANNE - PARISH HALL
301 S 9TH ST
BROKEN ARROW OK 74012

Districts

| | | |
|---|---|---|
| Congressional: | 01 | Kevin Hern, R, 202-225-2211 |
| State Senate: | 036 | John Haste, R, 405-521-5602, RM 530 |
| State House: | 098 | Gabe Woolley, R, 405-557-7362, RM 243 |
| County Commissioner: | 01 | Stan Sallee, 918 596-5000 |
| School: | BROKEN ARROW PUBLIC SCHOOLS AT LARGE | |
| Board: | 05 | |
| Municipal: | CITY OF BROKEN ARROW AT LARGE | |
| Technology Center: | TULSA TECHNOLOGY CENTER AT LAR | |
| Board: | 06 | |

| Election Date | Description | Voting Method |
|---|---|---|
| 11/8/2022 | General Election | IP |

| Audit Date | Transaction Date | Type of Change | Former Information |
|---|---|---|---|
| 4/9/2022 | 4/9/2022 | Precinct | 720457 |
| 3/30/2022 | 3/3/2022 | New Registration | |

21. Additionally, SAs have reviewed DHS records to determine whether **RIOS** has ever sought, applied for, or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400. DHS records show **RIOS** is currently seeking naturalization and has filed a Form N-400 application. SAs have received and reviewed **RIOS's** Form N-400.

22. Under the application questions in Part 9 of **RIOS's** Form N-400, the first question asks, "Have you **EVER** claimed to be a U.S. citizen (in writing or any

other way)?" On **RIOS's** Form N-400, the answer "No" is selected. The second question asks, "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" In response to this question on **RIOS's** Form N-400, the answer "No" is checked.

| | | | |
|---|---|---|---|
| **1.** | Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? | ☐ Yes | ☒ No |
| **2.** | Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where noncitizens are eligible to vote, you may answer "No." | ☐ Yes | ☒ No |

23. Following a declaration under penalty of perjury warning, RIOS's Form N-400 naturalization application is dated March 24, 2026.

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

**4.** Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable): Maria Elenor Lopez Rios

Date of Signature (mm/dd/yyyy): 03/24/2026

24. Form N-550 is an official document, issued by U.S. Citizenship and Immigration Services, to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550, a Certificate of Naturalization. After a review of her records, I have confirmed that **RIOS's** records do not reflect the issuance of a Form N-550, a Certificate of Naturalization.

25. On October 22, 2026, HSI SA Gionta and SA Case went to 1608 S.

12th Street in Broken Arrow, Oklahoma, to attempt to conduct an interview with **RIOS**. Both agents were dressed in plain clothes and identified themselves as HSI SAs and displayed their badges and credentials.

26. SA Case, SA Gionta, RIOS, her mother Luisita Lopez, **RIOS's** son Juliean Alvin Rios, and another unidentified male, presumed to be **RIOS's** other son, were present for the interview. The interview took place in the doorway of **RIOS's** home, with agents on the front porch and the above subjects inside the house with the door propped open. The following is a summary of the interview and not intended to be verbatim unless otherwise indicated.

27. **RIOS** confirmed that she was in fact Maria Elenor Lopez **RIOS**, with a birth date of June 28, 1981. SA Gionta asked **RIOS** if she registered to vote in Broken Arrow or Tulsa County. Her son, Juliean, stated that the OK DMV registered **RIOS** without her knowledge. **RIOS** stated, "I didn't know about it."

28. SA Gionta confronted **RIOS** with a form provided by the Tulsa County Election Board which showed that **RIOS** voted in person in a general election on November 8, 2022. **RIOS** stated she did not know the law at the time and was confused. Juliean said **RIOS** was brought to the voting station by her mother and that **RIOS** had voted by using her voter ID.

29. SA Gionta asked if it was fair to say that **RIOS** voted and she didn't know the law and **RIOS** nodded her head in agreement. **RIOS's** mother stated, "it's my fault, she had a voter ID so she was given the right to vote." SA Gionta showed **RIOS** her voter ID card and **RIOS** confirmed that was her signature on the

card. **RIOS** said she did not apply for a voter ID and she did not know that she had a voter ID card until it arrived in the mail. Her son said the OK DMV "messed her up" because they did not explain the laws to her. **RIOS** admitted to filling out the voter ID card, but she said she didn't understand it. **RIOS** denied saying she was a U.S. citizen, even though the question on the form indicates she swore or affirmed she was a U.S. citizen and agreed that she had filled the form out.

30. Juliean said they were contacting a lawyer to try and clear this up because he knows it has been an issue.

31. SA Gionta showed **RIOS** her Form N-400, the Application for Naturalization. Specifically, SA Gionta showed **RIOS** Part 9, Question 1: "Have you **EVER** claimed to be a U.S. citizen?" **RIOS** said she has never claimed to be a U.S. citizen. SA Gionta confronted **RIOS** with her voter ID registration, specifically the question which asked, "Are you a citizen of the United States of America?" Although RIOS checked "Yes" to this question, **RIOS** denied she had ever claimed to be a U.S. citizen. SA Gionta then read **RIOS** Part 9, Question 2: "Have you **EVER** registered to vote or voted in any Federal, state or local election in the United States?" SA Gionta told **RIOS** she should have answered "yes" to that question, since she voted.

32. **RIOS** confirmed she had voted and that the polling location she voted at was the St. Anne Church in Broken Arrow, Oklahoma. **RIOS** said that on her Form N-400, she did not know how to answer question regarding whether she had ever voted, so she just put "No."

33. **RIOS** said she believed the vote she cast was a midterm election for representatives.

34. **RIOS** admitted she signed the voter ID registration proclaiming she was a U.S. citizen when she was at the OK DMV, but claimed she did not know or understand what she was signing.

35. Juliean said several times they have contacted an attorney to try and make this right. Her son stated, "She is aware that she did this mistake. She did not vote at all since then." SA Gionta asked when they realized she made this mistake and **RIOS** said it was when she was filling out her Form N-400, Application for Naturalization. **RIOS** said she told her lawyer that she voted, and her lawyer told her to still try to apply for citizenship. **RIOS** said she estimated this conversation with a lawyer happened about a year ago. **RIOS** and her son asked if they should edit the Form N-400. When **RIOS** went to vote, she showed her voter ID Card.

36. During the time of the interview, it should be noted that **RIOS** told agents she did not understand English well when she was asked questions regarding her voter ID or her Form N-400. However, **RIOS** spoke English appropriately, and appeared to have little difficulty understanding questions. **RIOS** is employed by St. Francis Hospital as a phlebotomist and has been since 2021. At no time while speaking with **RIOS** did it appear that she did not understand or speak English. **RIOS** appeared very nervous, and it did appear that her son was attempting to communicate on her behalf.

37. **RIOS's** A-File reflects one known alias that is associated with her:

"Maria Elenor RIOS."

## CONCLUSION

38. Based on the foregoing, affiant believes there is probable cause to arrest **Maria Elenor Lopez RIOS** for violations of 18 U.S.C. §§ 611(a) (Voting by an Alien in a Federal Election); 1015(f) (False Statements in Relation to Voter Registration); 911 (Falsely Claiming to be a United States Citizen); and 52 U.S.C. § 20511(2)(A) (Defrauding or Depriving Residents of a Fair and Impartial Election Process by Submitting a Fraudulent Voter Registration Application).

Respectfully submitted,

Rebecca E Gionta

Special Agent Rebecca Gionta
Homeland Security Investigations

Subscribed and sworn via phone on the 27th day of October, 2026.

SUSAN E. HUNTSMAN
UNITED STATES MAGISTRATE JUDGE